IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM F. KOON, an individual;

Plaintiff,

vs.

RICOH USA, INC., a Delaware corporation licensed to do business in Nebraska;

Defendant.

**8:24CV481**

**ORDER**

**IT IS ORDERED:**

1. On or before January 4, 2027, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case; and
2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 23rd day of November, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge